Form clsnodisch

# United States Bankruptcy Court

Southern District of Alabama

**Case No. <u>13–00877</u>**
**Chapter 11**

In re:

Charles Andrew Gunter Jr.
11271 E. Spring Lake R.
Chunchula, AL 36521–0000

Social Security No.:
xxx–xx–9976

## *NOTICE OF CASE CLOSED WITHOUT DISCHARGE*
## *IN ACCORDANCE WITH BANKRUPTCY RULE 4006*

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge because:

    CASE CLOSED WITHOUT DISCHARGE. Individual Chapter 11 Discharge Not Applicable at this time. At the appropriate time the debtor may request the case be reopened and upon satisfaction of post confirmation requirements request a discharge. Creditors remain bound by the confirmed plan. (SLM)

Dated: 11/4/15       /s/ LEONARD N. MALDONADO
     Court Clerk